COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-08-388-CV

 

MICHELLE
D. MARTZ, D.C. AND                                          APPELLANTS

TRINITY
WELLNESS CENTER, P.C.                                   AND
APPELLEES

 

                                                   V.

 

ERIC
HALE AND MARGARET HALE                                         APPELLEES

                                                                               AND APPELLANTS

 

 

                                               ----------

            FROM
THE 362nd DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------








We have considered the parties= AAgreement
Regarding Disposition Of Appeals,@ which
we construe to be a motion for disposition. 
It is the court=s opinion that the motion should
be granted in part and denied in part.[2]  Accordingly, without regard to the merits, we
vacate the trial court=s judgment and remand the case
to the trial court for rendition of a judgment in accordance with the parties=
settlement agreement.[3]

Costs of the appeal shall be paid by the party
incurring the same, for which let execution issue.[4]

 

PER 
CURIAM

 

PANEL:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

 

DELIVERED:  April 23, 2009











[1]See Tex. R. App. P. 47.4.





[2]The parties ask us to
render a judgment affirming in part and setting aside in part.  We cannot do both.  Rule 42.1(a)(2) permits us only to either
render judgment effectuating the parties= agreements or set aside the trial court=s judgment and remand the
case to the trial court for rendition of judgment in accordance with the
agreement.  See Tex. R. App. P.
42.1(a)(2)(A), (B); Cunningham v. Cunningham, 2-08-362-CV, 2008 WL
5479677, at *1 (Tex. App.CFort Worth Oct. 30, 2008,
no pet.) (memo op.).





[3]See Tex. R. App. P.
42.1(a)(2)(B), 43.2(d); Innovative Office Sys., Inc. v. Johnson, 911
S.W.2d 387, 388 (Tex. 1995).





[4]See Tex. R. App. P. 43.4.